# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

VIRGINIA TOULOU

      vs                          Case No.  5:08cv330/RS/EMT

KEITH W. FRY d/b/a
PELICAN POINT INTERIORS

_____

## ORDER

Defendant Keith Fry's document, **"Petition to the United States District Court" (which includes a notice of change of address), received by the clerk of the court on February 11, 2009**, was referred to the undersigned with the following deficiencies:

> The document does not have a certificate of service as required by Rule 5(d)(1) of the Federal Rules of Civil Procedure and Rule 5.1(D) of the Local Rules of the Northern District of Florida, certifying that a copy of the document has been served upon all other parties and specifying the date and method of such service.

> The document is not in proper form.  A request for a court order shall be by motion. Fed. R. Civ. P. 7(b).  The title of the motion shall include a clear, concise and specific description of the motion and the filing party.  *See* Fed. R. Civ. P. 7(b)(2), 10(a); N.D. Fla. Loc. R. 5.1(B)(2).  The body of the motion shall state with particularity the grounds for the request and shall set forth the relief or order sought. *See* Fed. R. Civ. P. 7(b)

> The document is not double-spaced as required by N.D. Fla. Loc. R. 5.1(B)(3).

For these reasons, it is **ORDERED** that:

1.      The submitted hard copy of the document shall be returned to Defendant by the Clerk without electronic filing.  It may be resubmitted after the above-noted deficiencies are corrected.

2. The clerk shall modify the docket to reflect Defendant's new address, as contained in the document that is being returned to Defendant, as follows: 16328 Front Beach Road, # 19, Panama City Beach, FL 32413.

**DONE AND ORDERED** this 20<u>th</u> day of February 2009.

        */s/ Elizabeth M. Timothy*

        **ELIZABETH M. TIMOTHY**
        **UNITED STATES MAGISTRATE JUDGE**