# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

VIRGNIIA TOULOU

    vs                                    Case No.   5:08cv330/RS/EMT

KEITH W. FRY d/b/a PELICAN POINT
INTERIORS

## ORDER

Plaintiff's **MOTION TO COMPEL DISCOVERY**, filed electronically on November 11, 2009 (Doc. 63), was referred to the undersigned with the following deficiency:

> Plaintiff failed to file a memorandum with citation of authorities in support of the motion, as required by Rule 7.1(A) of the Local Rules of the Northern District of Florida.

For this reason, it is **ORDERED** that:

> The motion shall remain in the electronic file, but the court will not consider it until the above-noted deficiency has been corrected through the filing of a memorandum in support of the motion.[1]

**DONE AND ORDERED** this 13th day of November 2009.

                                            /s/ *Elizabeth M. Timothy*
                                            **ELIZABETH M. TIMOTHY**
                                            **UNITED STATES MAGISTRATE JUDGE**

---

[1] Failure to file a memorandum within **FOURTEEN (14) DAYS** of the date of docketing of this order will result in a denial of Plaintiff's motion.